**MEMO ENDORSED**

Law Office of
**PAULA JOHNSON KELLY, PC**
271 North Avenue, Suite 908
New Rochelle, New York 10801
(914) 365-1313
PJK@PJKellylaw.com

December 11, 2019

By ECF & E-mail to Failla_NYSDChambers@nysd.uscourts.gov
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
  Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

                Re:    *Ventura v. Tri Tip Rock Center, LLC, et al.*
                     19 Civ. 0120 (KPF)

Dear Judge Failla:

      My firm represents three of the defendants in the above-referenced employment related action.

      I write in response and the Court's recent Order [#80] rescheduling the post-fact discovery conference from December 19, 2019 until **January 22, 2020 at 11:00 a.m.**

      Due to a prior schedule, I am not available on that date as I am an Administrative Law Judge for the Westchester County Health Department and I am scheduled to conduct hearings from 9:30 a.m. until 12:30 p.m. in the Mt. Kisco Administrative Hearing Office.

      Accordingly, I respectfully request that this January 22, 2020 post-fact discovery conference be rescheduled. I thank the Court for its consideration.

                                  Respectfully yours,
                                  s/ *Paula Johnson Kelly*
                                Paula Johnson Kelly, Esq.

PJK/bh
Cc: Zack Holzberg, Esq. (By ECF)

Application GRANTED. The pretrial conference previously scheduled for January 22, 2020, is hereby ADJOURNED to **January 27, 2020, at 4:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

Dated: December 11, 2019
      New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE