UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GENESIS VENTURA,

        Plaintiff,

against

TRI TIP CITY LLC, et al.,

        Defendants.

CIVIL ACTION NO.: 19 Civ. 120 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Honorable Judge Failla's Order at ECF No. 91, the parties are to contact Chambers by **February 7, 2020** with their choice of February 10, 14, or 17 for a Settlement Conference date.

Dated:     New York, New York
             January 31, 2020

SO ORDERED

_/s/ Sarah L. Cave_
SARAH L. CAVE
**United States Magistrate Judge**