**MEMO ENDORSED**

Law Office of
PAULA JOHNSON KELLY, PC
271 North Avenue, Suite 908
New Rochelle, New York 10801
(914) 365-1313

July 30, 2020

By ECF & E-mail to Failla_NYSDChambers@nysd.uscourts.gov

Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
  Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

                                   Re: *Ventura v. Tri Tip Rock Center, LLC, et al.*
                                         19 Civ. 0120 (KPF)

Dear Judge Failla:

       I write in response to the Court's Memo Endorsed Order of July 28th [#103] scheduling a telephone conference for August 5th at **12:00 noon**.

       Please be advised that, given I now reside in Maui, Hawaii, there is a six (6) hour time difference between Hawaii and New York, making the conference start at **6:00 a.m**. here.

       Accordingly, I respectfully request, if possible, the Court reschedule the conference for a later hour, preferably **on or after 3:00 p.m.** EST (which would be **9:00 a.m**. here). I thank the Court for its courtesies extended in this matter.

                                         Respectfully yours,
                                         s/ *Paula Johnson Kelly*
                                         Paula Johnson Kelly, Esq.

PJK/bh
Cc: Zack Holzberg, Esq. (By ECF)
Cc: Ashvin Venkataswamy (By email)

```
Application GRANTED.  The conference previously scheduled for August 5,
2020, at 12:00 p.m. is hereby ADJOURNED to August 5, 2020, at 4:30 p.m.

The dial-in information is as follows: At 4:30 p.m. on August 5, 2020,
the parties shall call (888) 363-4749 and enter access code 5123533.
Please note, the conference will not be available prior to 4:30 p.m.
```

                                                            SO ORDERED.

```
Dated: July 31, 2020
       New York, New York
```
                                                      *Katherine Polk Failla*
                                                  HON. KATHERINE POLK FAILLA
                                                  UNITED STATES DISTRICT JUDGE