UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS VENTURA,<br><br>                    Plaintiff,<br><br>              -v.-<br><br>TRI TIP ROCK CENTER, LLC, JOHN VARGAS, ASHVIN VENKATASWANY, TERRY SMITH, and VALERIA RIVERA,<br><br>                    Defendants. | 19 Civ. 120 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference on **December 3, 2020, at 12:00 p.m.** The dial-in information is as follows: At 12:00 p.m. on December 3, 2020, the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 12:00 p.m.

   SO ORDERED.

Dated:  November 17, 2020
        New York, New York

                                          _____
                                          KATHERINE POLK FAILLA
                                          United States District Judge